IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LAWRENCE CHENG, <br> Defendant. | Case No.: CR 18–0433 JD <br> [~~PROPOSED~~] ORDER TO CONTINUE CHANGE OF PLEA TO FEBRUARY 20, 2019 <br> Court: Courtroom 11, 19th Floor |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date for Defendant Lawrence Kwong Keung Cheng currently scheduled for Wednesday, January 9, 2019 at 10:30 a.m. before Honorable James Donato, is hereby continued to Wednesday, February 20, 2019 at 10:30 a.m.

IT IS FURTHER ORDERED that the time between January 9, 2019, and February 20, 2019, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The time is needed to enable counsel for Mr. Cheng to continue reviewing discovery, meet with Mr. Cheng and answer all of his questions prior to the next court date.

**IT IS SO ORDERED.**

Dated: December 21, 2018



HONORABLE JAMES DONATO
United States District Judge

[PROPOSED] ORDER TO CONTINUE STATUS TO FEBRUARY 20, 2019
*CHENG*, CR 18–0433 JD

1